ETHEL DOVE, ADMINISTRATRIX OF THE ESTATE OF ADOLPH DOVE, DECEASED v. ELISHA (HOTFOOT) LAWSON, DECEASED, AND E. R. WOOTEN, ADMINISTRATOR OF THE ESTATE OF ELISHA (HOTFOOT) LAWSON.

(Filed 25 March 1964.)

APPEAL by plaintiff from *Cowper, J.,* November Civil Session 1963 of LENOIR.

This is an action to recover for the wrongful death of plaintiff's intestate. The accident which resulted in the death of plaintiff's intestate occurred on 11 February 1955, about 1:00 p.m., on North Carolina Highway 11, approximately 300 feet south of Stonington Creek Bridge.

At the close of plaintiff's evidence the defendant moved for judgment as of nonsuit. The motion was allowed and the action dismissed. The plaintiff appeals, assigning error.

*H. E. Beech, Fred Harrison, D. D. Pollock for plaintiff appellant.*
*Whitaker & Jeffress, Thomas H. Morris for defendant appellee.*

PER CURIAM. A careful review of the evidence adduced in the trial below, when considered in the light most favorable to the plaintiff,

as it must be on a motion for judgment as of nonsuit, leads us to the conclusion that it is sufficient to carry the case to the jury.

Therefore, the ruling of the court below, sustaining defendant's motion for judgment as of nonsuit, is

Reversed.